**B 1D (Official Form 1, Exhibit D) (12/09)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Filemon P. Perez**                                    Case No.   ___**13-36124-H5-13**___
                                                                                        (if known)

                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑   1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Filemon P. Perez**                                              Case No.    **13-36124-H5-13**
                                                                                        (if known)

                        Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Filemon P. Perez**
                        Filemon P. Perez

Date:     **10/14/2013**

B6A (Official Form 6A) (12/07)

In re  **Filemon P. Perez**                                          Case No.   **13-36124-H5-13**
                                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 15419 Day Trip Houston, TX Legal Description: LT 13 BLK 3 VILLAGES OF CYPRESS LAKES SEC 7 | Homestead | C | $119,460.00 | $149,172.18 |
| | | Total: | $119,460.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Filemon P. Perez**                                    Case No.    **13-36124-H5-13** _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | C | $30.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo: Checking (4223) | C | $400.00 |
| | | Wells Fargo: Savings | C | $0.00 |
| | | Woodforest National Bank: Checking (4838) (Negative balance) | C | $0.00 |
| | | Woodforest National Bank: Savings | C | $0.00 |
| | | Chase: Checking (0450) | W | $3.00 |
| | | Chase: Savings (9883) | C | $0.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room:<br>(2) Sofas $200<br>(1) sectional sofa $100<br>(1) recliner $75<br>(2) end tables $30<br>(1) coffee table $30<br>(1) bookcase $100<br>(1) television $100<br>(2) lamps $15<br>(1) old sofa $50 | C | $700.00 |
| | | Kitchen and Dining Room:<br>(1) stove $30<br>(2) refrigerators $150<br>(1) dishwasher $50<br>(1) microwave oven $20<br>(3) small appliances $30 | C | $475.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Filemon P. Perez**                                      Case No.   **13-36124-H5-13**
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (10 pots and pans $10<br>(23) dishes and glassware $30<br>(25) flatware $5<br>(10) crystal $30<br>(1) table with 8 chairs $100<br>(1) side table $20<br><br>Bedroom 1:<br>(1) bed $100<br>(1) dresser $20<br>(1) end table $20<br>(2) tables $15<br>(1) television $10 | C | $165.00 |
| | | Bedroom 2:<br>(1) bed $100<br>(1) dresser $50<br>(1) night stand $10<br>(1) x-box 360 $50<br>(1) Ipad (broken) $30<br>(1) television $100 | C | $340.00 |
| | | Bedroom 3:<br>(1) bed $50<br>(1) lamp $10<br>(1) television $30<br>(1) Ipod $100 | C | $190.00 |
| | | Bathroom:<br>(6) Towels and linens $6<br>(1) toilette article $10 | C | $16.00 |
| | | Misc:<br>(1) washer $50<br>(1) dryer $50<br>(1) vacuum cleaner $10<br>(1) drill $5 | C | $115.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Filemon P. Perez**                                                Case No.   **13-36124-H5-13**
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Lawn & Garden Equipment:<br>(1) lawnmower $20<br>(1) leaf blower $30<br>(5) garden tools $5<br>(1) patio table with chairs $10<br>(1) ladder $10<br>(2) hand tools $10<br>misc. vehicle repair equipment $10 | C | $95.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | (130) Motivational books $200<br>(200) audio books $150 | C | $350.00 |
| 6. Wearing apparel. | | Debtor:<br>(1) suit $15<br>(21) shirts $65<br>(10) pants $50<br>(4) pairs of shoes $20 | C | $150.00 |
| | | Spouse:<br>(10) dresses $30<br>(2) suits $30<br>(20) blouses $30<br>(15) pants $30<br>(8) pairs of shoes $20<br>(2) coats $40<br>(3) jackets $40 | C | $220.00 |
| | | Son:<br>(20) shirts $40<br>(10) pants $15<br>(4) shoes $20<br>(1) pair of soccer shoes $10 | C | $90.00 |
| | | Daughter:<br>(2) dresses $20 | C | $120.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Filemon P. Perez**                                  Case No.   **13-36124-H5-13**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (14) blouses $30<br>(8) pants $30<br>(6) pairs of shoes $40 | | |
| 7. Furs and jewelry. | | Debtor:<br>(1) watch $5 | C | $0.00 |
| | | Spouse:<br>(1) watch $50<br>(4) necklaces $100<br>(10) pairs of earrings $100<br>(3) bracelets $50<br>(3) rings $50 | C | $350.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | (1) soccer ball $5 | C | $5.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Filemon P. Perez**                                           Case No.   **13-36124-H5-13**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Estimated refund for 2013 tax year | C | $3,500.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Filemon P. Perez**                          Case No.   **13-36124-H5-13**
                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Potential lawsuit against Bartley & Spears Debtor is unsure on the amount he will be seeking. Debtor will protect up to the amount available in the wild card $8,486, anything above that amount will be turned over to the Trustee. | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Life Insurance License | H | $1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chevrolet Uplander Estimated mileage 289,340 Not working | C | $1,170.00 |
| | | 2004 Pontiac Grand Am Estimated mileage 85,000 Not working, totalled | C | $300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Filemon P. Perez**                                      Case No.  **13-36124-H5-13**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | | |

                                    ___6___  continuation sheets attached     **Total >**     **$8,785.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Filemon P. Perez**                                    Case No.   **13-36124-H5-13**
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $155,675.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 15419 Day Trip Houston, TX<br>Legal Description: LT 13 BLK 3<br>VILLAGES OF CYPRESS LAKES SEC 7 | 11 U.S.C. § 522(d)(1) | $0.00 | $119,460.00 |
| Cash on hand | 11 U.S.C. § 522(d)(5) | $30.00 | $30.00 |
| Wells Fargo: Checking (4223) | 11 U.S.C. § 522(d)(5) | $400.00 | $400.00 |
| Chase: Checking (0450) | 11 U.S.C. § 522(d)(5) | $3.00 | $3.00 |
| Living Room:<br>(2) Sofas $200<br>(1) sectional sofa $100<br>(1) recliner $75<br>(2) end tables $30<br>(1) coffee table $30<br>(1) bookcase $100<br>(1) television $100<br>(2) lamps $15<br>(1) old sofa $50 | 11 U.S.C. § 522(d)(3) | $700.00 | $700.00 |
| Kitchen and Dining Room:<br>(1) stove $30<br>(2) refrigerators $150<br>(1) dishwasher $50<br>(1) microwave oven $20<br>(3) small appliances $30<br>(10 pots and pans $10<br>(23) dishes and glassware $30<br>(25) flatware $5 | 11 U.S.C. § 522(d)(3) | $475.00 | $475.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$1,608.00** | **$121,068.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Filemon P. Perez**                                       Case No.   **13-36124-H5-13**
                                                                            (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (10) crystal $30<br>(1) table with 8 chairs $100<br>(1) side table $20<br><br>Bedroom 1:<br>(1) bed $100<br>(1) dresser $20<br>(1) end table $20<br>(2) tables $15<br>(1) television $10 | 11 U.S.C. § 522(d)(3) | $165.00 | $165.00 |
| Bedroom 2:<br>(1) bed $100<br>(1) dresser $50<br>(1) night stand $10<br>(1) x-box 360 $50<br>(1) lpad (broken) $30<br>(1) television $100 | 11 U.S.C. § 522(d)(3) | $340.00 | $340.00 |
| Bedroom 3:<br>(1) bed $50<br>(1) lamp $10<br>(1) television $30<br>(1) lpod $100 | 11 U.S.C. § 522(d)(3) | $190.00 | $190.00 |
| Bathroom:<br>(6) Towels and linens $6<br>(1) toilette article $10 | 11 U.S.C. § 522(d)(3) | $16.00 | $16.00 |
| Misc:<br>(1) washer $50<br>(1) dryer $50<br>(1) vacuum cleaner $10<br>(1) drill $5 | 11 U.S.C. § 522(d)(3) | $115.00 | $115.00 |
| Lawn & Garden Equipment:<br>(1) lawnmower $20<br>(1) leaf blower $30 | 11 U.S.C. § 522(d)(3) | $95.00 | $95.00 |
| | | **$2,529.00** | **$121,989.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Filemon P. Perez**                                   Case No.   **13-36124-H5-13**
                                                                     (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| (5) garden tools $5<br>(1) patio table with chairs $10<br>(1) ladder $10<br>(2) hand tools $10<br>misc. vehicle repair equipment $10 | | | |
| (130) Motivational books $200<br>(200) audio books $150 | 11 U.S.C. § 522(d)(3) | $350.00 | $350.00 |
| Debtor:<br>(1) suit $15<br>(21) shirts $65<br>(10) pants $50<br>(4) pairs of shoes $20 | 11 U.S.C. § 522(d)(3) | $150.00 | $150.00 |
| Spouse:<br>(10) dresses $30<br>(2) suits $30<br>(20) blouses $30<br>(15) pants $30<br>(8) pairs of shoes $20<br>(2) coats $40<br>(3) jackets $40 | 11 U.S.C. § 522(d)(3) | $220.00 | $220.00 |
| Son:<br>(20) shirts $40<br>(10) pants $15<br>(4) shoes $20<br>(1) pair of soccer shoes $10 | 11 U.S.C. § 522(d)(3) | $90.00 | $90.00 |
| Daughter:<br>(2) dresses $20<br>(14) blouses $30<br>(8) pants $30<br>(6) pairs of shoes $40 | 11 U.S.C. § 522(d)(3) | $120.00 | $120.00 |
| Debtor:<br>(1) watch $5 | 11 U.S.C. § 522(d)(4) | $0.00 | $0.00 |
| | | **$3,459.00** | **$122,919.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Filemon P. Perez**                                          Case No.   **13-36124-H5-13**
                                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Spouse:<br>(1) watch $50<br>(4) necklaces $100<br>(10) pairs of earrings $100<br>(3) bracelets $50<br>(3) rings $50 | 11 U.S.C. § 522(d)(4) | $350.00 | $350.00 |
| (1) soccer ball $5 | 11 U.S.C. § 522(d)(5) | $5.00 | $5.00 |
| Estimated refund for 2013 tax year | 11 U.S.C. § 522(d)(5) | $3,500.00 | $3,500.00 |
| Potential lawsuit against Bartley & Spears | 11 U.S.C. § 522(d)(5) | Unknown | Unknown |
| Debtor is unsure on the amount he will be seeking. Debtor will protect up to the amount available in the wild card $8,486, anything above that amount will be turned over to the Trustee. | | | |
| Life Insurance License | 11 U.S.C. § 522(d)(5) | $1.00 | $1.00 |
| 2005 Chevrolet Uplander<br>Estimated mileage 289,340<br><br>Not working | 11 U.S.C. § 522(d)(2) | $1,170.00 | $1,170.00 |
| 2004 Pontiac Grand Am<br>Estimated mileage 85,000<br><br>Not working, totalled | 11 U.S.C. § 522(d)(2)<br>11 U.S.C. § 522(d)(5) | $0.00<br>$300.00 | $300.00 |
| | | **$8,785.00** | **$128,245.00** |

B6D (Official Form 6D) (12/07)

In re  **Filemon P. Perez**                                                  Case No.  **13-36124-H5-13**
                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **4651974164400**<br><br>**Chase Mortgage**<br>**P.O. Box 182613**<br>**Columbus, OH 43218** | | C | DATE INCURRED: **11/2006**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**Homestead - 15419 Day Trip Trail, Cypress, TX**<br>REMARKS:<br><br>VALUE: **$119,460.00** | | | | **$138,586.00** | **$19,126.00** |
| ACCT #: **4651974164400**<br><br>**Chase Mortgage**<br>**P.O. Box 182613**<br>**Columbus, OH 43218** | | C | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**Homestead - 15419 Day Trip Trail, Cypress, TX**<br>REMARKS:<br><br>VALUE: **$6,175.30** | | | | **$6,175.30** | |
| ACCT #: **xxxxxxxx0013**<br><br>**Cypress Fairbanks ISD**<br>**P.O. Box 692003**<br>**Houston, TX 77269-2003** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**Homestead 2013 -escrowed**<br>REMARKS:<br><br>VALUE: **$119,460.00** | | | | **$1,168.24** | |
| ACCT #: **xxx-xxxx-xxx-0130**<br><br>**Harris County M.U.D. #391**<br>**11111 Katy Frwy Ste. 725**<br>**Houston, Texas 77079** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Homestead 2013 - escrowed**<br>REMARKS:<br><br>VALUE: **$119,460.00** | | | | **$1,600.76** | |
| | | | Subtotal (Total of this Page) > | | | | **$147,530.30** | **$19,126.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**1**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Filemon P. Perez**                                          Case No.   **13-36124-H5-13**

                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxx-xxx-0013**<br><br>**Harris County Tax Office**<br>**P. O. Box 4622**<br>**Houston, Texas  77210-4622** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Ad Valorem Taxes**<br>COLLATERAL:<br>**Homestead 2013 - escrowed**<br>REMARKS:<br><br>VALUE:                        **$119,460.00** | | | | **$817.18** | |
| **Representing:**<br>**Harris County Tax Office** | | | **Linebarger, Goggan, Blair**<br>**P.O. Box 3064**<br>**Houston, TX  77253-3064** | | | | **Notice Only** | **Notice Only** |
| ACCT #:<br><br>**Lakeside Residential Community Assn.**<br>**c/o Bartley & Spears, P.C.**<br>**14811 St. Mary's Lane, Ste. 270**<br>**Houston, Texas 77079** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Homeowner Association Dues**<br>COLLATERAL:<br>**15419 Day Trip Trail, Cypress, TX**<br>REMARKS:<br><br>VALUE:                        **$119,460.00** | | | | **$7,000.00** | **$7,000.00** |
| | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$7,817.18** | **$7,000.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | **$155,347.48** | **$26,126.00** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Filemon P. Perez**                                   Case No.   __13-36124-H5-13__
                                                                          (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Filemon P. Perez**                                                     Case No.   **13-36124-H5-13**
                                                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> **Guzman Law Firm** <br> **8225 Gulf Freeway** <br> **Houston, TX  77017** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | **$100.00** | **$100.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | **$100.00** | **$100.00** | **$0.00** |
| Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont.

In re  **Filemon P. Perez**

Case No.   **13-36124-H5-13**

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Guzman Law Firm**<br>**8225 Gulf Freeway**<br>**Houston, TX  77017** | | C | DATE INCURRED:  **09/30/2013**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$3,230.00** | **$3,230.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | **$3,230.00** | **$3,230.00** | **$0.00** |
|---|---|---|---|---|
| | Total >  (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$3,330.00** | | |
| | Totals >  (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | **$3,330.00** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re   **Filemon P. Perez**                                                                Case No.   **13-36124-H5-13**
                                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2812568025883**<br>**AFNI**<br>**404 Brock Drive**<br>**P.O. Box 3517**<br>**Bloomington, IL  61702-3517** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt - Collecting for AT&T**<br>REMARKS: | | | | **$142.97** |
| ACCT #:  **193564**<br>**Allied Collection Svc**<br>**4230 Lyndon B. Johnson Fwy**<br>**4th Floor**<br>**Dallas, TX 75244** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$838.00** |
| ACCT #:<br>**Arrow Financial**<br>**21031 Network Place**<br>**Chicago, IL 60678-1031** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **5329121998597402**<br>**Bank Of America**<br>**Attention: Recovery Department**<br>**4161 Peidmont Pkwy.**<br>**Greensboro, NC 27410** | | C | DATE INCURRED:  **09/18/1998**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Bartley & Spears, P.C.**<br>**14811 St. Mary's Lane, Ste. 270**<br>**Houston, Texas 77079** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx7511**<br>**CAB Asset Management, LLC**<br>**PO Box 20298**<br>**Towson, MD 21284-0298** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only Collecting for Best Buy**<br>REMARKS: | | | | **Notice Only** |
| | | | | | Subtotal > | | **$980.97** |
| | | | | | Total > | | |

_____**4**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Filemon P. Perez**  Case No.   **13-36124-H5-13**

(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x6528**<br>**CFM Interests Ltd**<br>**dba Texas Emergency Care**<br>**PO Box 3401 Dept 10**<br>**Houston, TX  77253-3401** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$110.00** |
| ACCT #:  **542418018858**<br>**Citibank Sd, Na**<br>**Attn: Centralized Bankruptcy**<br>**PO Box 20363**<br>**Kansas City, MO 64195** | | C | DATE INCURRED:  **03/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,735.38** |
| ACCT #:  **T710CMBS227756208**<br>**Cmre Financial Services Inc**<br>**3075 E Imperial Hwy Ste 200**<br>**Brea, CA 92821** | | C | DATE INCURRED:  **08/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$377.00** |
| ACCT #:  **xxxxx3-252**<br>**Coast National General Agency**<br>**5701 Stirling Road**<br>**Davie, FL 33314** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | **$192.33** |
| ACCT #:  **48527790**<br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | C | DATE INCURRED:  **03/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$762.00** |
| ACCT #:  **6019180377057456**<br>**Gecrb/care Credit**<br>**C/o Po Box 965036**<br>**Orlando, FL 32896** | | C | DATE INCURRED:  **05/16/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |

Sheet no. _____**1**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$8,176.71**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Filemon P. Perez**                                      Case No.   **13-36124-H5-13**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **780821264173**<br>**Gecrb/m Wards**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | C | DATE INCURRED:  **11/1998**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **6045891056427662**<br>**Gecrb/mervyns**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | C | DATE INCURRED:  **09/25/1996**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **7021272151257511**<br>**Hsbc/bsbuy**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED:  **03/2007**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **($1.00)** |
| ACCT #:  **4239632**<br>**Lamont Hanley & Associ**<br>**1138 Elm St**<br>**Manchester, NH 03101** | | C | DATE INCURRED:  **06/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$405.00** |
| ACCT #:  **6019180377057456**<br>**Lvnv Funding Llc**<br>**625 Pilot Road**<br>**Las Vegas, NV 89119** | | C | DATE INCURRED:  **09/2011**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$2,192.00** |
| ACCT #:  **5416570426195284**<br>**Lvnv Funding Llc**<br>**625 Pilot Road**<br>**Las Vegas, NV 89119** | | C | DATE INCURRED:  **09/2011**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$2,007.00** |

Sheet no. _____**2**_____ of _____**4**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,603.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Filemon P. Perez**                                             Case No.   **13-36124-H5-13**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **8533112317**<br>**Midland Funding**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123** | | C | DATE INCURRED:  **11/2009**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$1,142.00** |
| ACCT #:  **5944000364627**<br>**Netbank Inc**<br>**PO Box 60**<br>**St Cloud, MN 56302** | | C | DATE INCURRED:  **11/20/2006**<br>CONSIDERATION:<br>**Real Estate Specific Type Unknown**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxx7070**<br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN  55439** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -WAMU**<br>REMARKS: | | | | **$1,978.85** |
| ACCT #:  **220914643574**<br>**Nuvell Credit Co**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** | | C | DATE INCURRED:  **04/2005**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxx3688**<br>**Pharia, LLC**<br>**2001 Western Ave**<br>**Seattle, WA 98121-2163** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **7714100703549733**<br>**Sams Club / GEMB**<br>**Attention:  Bankruptcy Department**<br>**PO box 103104**<br>**Roswell, GA 30076** | | C | DATE INCURRED:  **12/19/2004**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**3**____ of _____**4**_____ continuation sheets attached to                                    Subtotal >   |   **$3,120.85**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                       Total >
                                                                        **(Use only on last page of the completed Schedule F.)**
                                                            **(Report also on Summary of Schedules and, if applicable, on the**
                                                               **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Filemon P. Perez**                                    Case No.  **13-36124-H5-13**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **5049948078422724**<br>**Sears/cbna**<br>**Po Box 6189**<br>**Sioux Falls, SD 57117** | | C | DATE INCURRED:  **09/01/1998**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **3809242**<br>**Stellar Recovery Inc**<br>**1327 Highway 2 Wes**<br>**Kalispell, MT 59901** | | C | DATE INCURRED:  **04/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$422.00** |
| ACCT #:  **70401261182270001**<br>**Toyota Motor Credit**<br>**Toyota Financial Services**<br>**PO Box 8026**<br>**Cedar Rapids, IA 52408** | | C | DATE INCURRED:  **05/1999**<br>CONSIDERATION:<br>**Automobile**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **5416570426195284**<br>**Wash Mutual/providian/Chase**<br>**Attn: Bankruptcy Dept**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | | C | DATE INCURRED:  **05/17/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxxxxxx3688**<br>**Weinstein & Riley P.S.**<br>**701 Highlander Blvd, Suite 270**<br>**Arlington, TX 76015** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | | |

Sheet no. ____**4**____ of ____**4**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$422.00** |
| Total > | **$17,303.53** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Filemon P. Perez**                                          Case No.   **13-36124-H5-13**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re  **Filemon P. Perez**                                    Case No.    **13-36124-H5-13**
                                                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **AFNI**<br>404 Brock Drive<br>P.O. Box 3517<br>Bloomington, IL  61702-3517 |
| **Spouse Name Not Entered** | **Allied Collection Svc**<br>4230 Lyndon B. Johnson Fwy<br>4th Floor<br>Dallas, TX 75244 |
| **Spouse Name Not Entered** | **Arrow Financial**<br>21031 Network Place<br>Chicago, IL 60678-1031 |
| **Spouse Name Not Entered** | **Bank Of America**<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 |
| **Spouse Name Not Entered** | **Bartley & Spears, P.C.**<br>14811 St. Mary's Lane, Ste. 270<br>Houston, Texas 77079 |
| **Spouse Name Not Entered** | **CAB Asset Management, LLC**<br>PO Box 20298<br>Towson, MD 21284-0298 |
| **Spouse Name Not Entered** | **CFM Interests Ltd**<br>dba Texas Emergency Care<br>PO Box 3401 Dept 10<br>Houston, TX  77253-3401 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Filemon P. Perez**                                                   Case No.   <u>13-36124-H5-13</u>
                                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Chase Mortgage**<br>P.O. Box 182613<br>Columbus, OH 43218 |
| **Spouse Name Not Entered** | **Chase Mortgage**<br>P.O. Box 182613<br>Columbus, OH 43218 |
| **Spouse Name Not Entered** | **Citibank Sd, Na**<br>Attn: Centralized Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 |
| **Spouse Name Not Entered** | **Cmre Financial Services Inc**<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821 |
| **Spouse Name Not Entered** | **Coast National General Agency**<br>5701 Stirling Road<br>Davie, FL 33314 |
| **Spouse Name Not Entered** | **Cypress Fairbanks ISD**<br>P.O. Box 692003<br>Houston, TX 77269-2003 |
| **Spouse Name Not Entered** | **Enhanced Recovery Corp**<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Filemon P. Perez**                                                    Case No.   __13-36124-H5-13__
                                                                                              (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Gecrb/care Credit**<br>C/o Po Box 965036<br>Orlando, FL 32896 |
| **Spouse Name Not Entered** | **Gecrb/m Wards**<br>Po Box 965005<br>Orlando, FL 32896 |
| **Spouse Name Not Entered** | **Gecrb/mervyns**<br>Po Box 965005<br>Orlando, FL 32896 |
| **Spouse Name Not Entered** | **Guzman Law Firm**<br>8225 Gulf Freeway<br>Houston, TX  77017 |
| **Spouse Name Not Entered** | **Guzman Law Firm**<br>8225 Gulf Freeway<br>Houston, TX  77017 |
| **Spouse Name Not Entered** | **Harris County M.U.D. #391**<br>11111 Katy Frwy Ste. 725<br>Houston, Texas 77079 |
| **Spouse Name Not Entered** | **Harris County Tax Office**<br>P. O. Box 4622<br>Houston, Texas  77210-4622 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Filemon P. Perez**                                  Case No.   __13-36124-H5-13__
                                                                                  (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 3*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Hsbc/bsbuy**<br>Po Box 5253<br>Carol Stream, IL 60197 |
| **Spouse Name Not Entered** | **Lakeside Residential Community Assn.**<br>c/o Bartley & Spears, P.C.<br>14811 St. Mary's Lane, Ste. 270<br>Houston, Texas 77079 |
| **Spouse Name Not Entered** | **Lamont Hanley & Associ**<br>1138 Elm St<br>Manchester, NH 03101 |
| **Spouse Name Not Entered** | **Linebarger, Goggan, Blair**<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| **Spouse Name Not Entered** | **Lvnv Funding Llc**<br>625 Pilot Road<br>Las Vegas, NV 89119 |
| **Spouse Name Not Entered** | **Lvnv Funding Llc**<br>625 Pilot Road<br>Las Vegas, NV 89119 |
| **Spouse Name Not Entered** | **Midland Funding**<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Filemon P. Perez**                                    Case No.    **13-36124-H5-13**
                                                                              (if known)

# SCHEDULE H - CODEBTORS
*Continuation Sheet No. 4*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Netbank Inc**<br>PO Box 60<br>St Cloud, MN 56302 |
| **Spouse Name Not Entered** | **Northland Group Inc.**<br>P.O. Box 390846<br>Minneapolis, MN  55439 |
| **Spouse Name Not Entered** | **Nuvell Credit Co**<br>200 Renaissance Ctr<br>Detroit, MI 48243 |
| **Spouse Name Not Entered** | **Pharia, LLC**<br>2001 Western Ave<br>Seattle, WA 98121-2163 |
| **Spouse Name Not Entered** | **Sams Club / GEMB**<br>Attention:  Bankruptcy Department<br>PO box 103104<br>Roswell, GA 30076 |
| **Spouse Name Not Entered** | **Sears/cbna**<br>Po Box 6189<br>Sioux Falls, SD 57117 |
| **Spouse Name Not Entered** | **Stellar Recovery Inc**<br>1327 Highway 2 Wes<br>Kalispell, MT 59901 |

B6H (Official Form 6H) (12/07) - Cont.

In re  **Filemon P. Perez**                                         Case No.    **13-36124-H5-13**
                                                                                              (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 5*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Spouse Name Not Entered** | **Toyota Motor Credit**<br>Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52408 |
| **Spouse Name Not Entered** | **Wash Mutual/providian/Chase**<br>Attn: Bankruptcy Dept<br>PO Box 15298<br>Wilmington, DE 19850 |
| **Spouse Name Not Entered** | **Weinstein & Riley P.S.**<br>701 Highlander Blvd, Suite 270<br>Arlington, TX 76015 |

B6I (Official Form 6I) (12/07)

In re  **Filemon P. Perez**                                                    Case No.   **13-36124-H5-13**
                                                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  spouse<br>son<br>daughter | Age(s): 40 years<br>13 years<br>12 years | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Sales Agent | Cook |
| Name of Employer | Independent / Contract | B&G Food Enterprises of TX dba Taco Bell |
| How Long Employed | Since 4/2013 | Since 2006 |
| Address of Employer | | c/o Netchex Payroll<br>PO Drawer 3608<br>Morgan City, LA 70381-3608 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $964.86 |
| 2.  Estimate monthly overtime | $0.00 | $0.00 |
| 3.  SUBTOTAL | **$0.00** | **$964.86** |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $27.32 |
|     b. Social Security Tax | $0.00 | $59.82 |
|     c. Medicare | $0.00 | $14.00 |
|     d. Insurance | $0.00 | $0.00 |
|     e. Union dues | $0.00 | $0.00 |
|     f. Retirement | $0.00 | $0.00 |
|     g. Other (Specify) _____ | $0.00 | $0.00 |
|     h. Other (Specify) _____ | $0.00 | $0.00 |
|     i. Other (Specify) _____ | $0.00 | $0.00 |
|     j. Other (Specify) _____ | $0.00 | $0.00 |
|     k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$101.14** |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$863.72** |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $1,092.14 | $0.00 |
| 8.  Income from real property | $0.00 | $0.00 |
| 9.  Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|     a. Anticipated income from debtor's employm _____ | $1,000.00 | $0.00 |
|     b._____ | $0.00 | $0.00 |
|     c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$2,092.14** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,092.14** | **$863.72** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$2,955.86** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Filemon P. Perez**                                       Case No.   <u>13-36124-H5-13</u>
                                                                                 (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>   a. Are real estate taxes included?   ☑ Yes   ☐ No<br>   b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $250.00 |
|                    b. Water and sewer | $45.00 |
|                    c. Telephone | $17.50 |
|                    d. Other: | |
| 3. Home maintenance (repairs and upkeep) | $20.00 |
| 4. Food | $320.00 |
| 5. Clothing | $50.00 |
| 6. Laundry and dry cleaning | $20.00 |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $20.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>                a. Homeowner's or renter's<br>                b. Life<br>                c. Health<br>                d. Auto<br>                e. Other: | <br><br><br><br>$135.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>                a. Auto:<br>                b. Other:<br>                c. Other:<br>                d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $84.00 |
| 17.a. Other: See attached personal expenses | $358.40 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,519.90** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | <br>$2,955.86<br>$1,519.90<br>$1,435.96 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Filemon P. Perez**                                   CASE NO   **13-36124-H5-13**

                                                               CHAPTER   **13**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Work lunches | $20.00 |
| Children's lunch money | $40.00 |
| Maintenance fees/Homeowners | $40.00 |
| Bank charges | $15.00 |
| Cellular phone | $149.08 |
| Internet | $17.50 |
| Toiletries, hygiene products | $50.00 |
| Gym | $26.82 |
| **Total >** | **$358.40** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Filemon P. Perez**

CASE NO   **13-36124-H5-13**

CHAPTER   **13**

## EXHIBIT TO SCHEDULE J - BUSINESS INCOME AND EXPENSES

### Ind. Sales

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:    **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    **$1,092.14**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$4.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$30.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify):<br>    **S/E Tax** | **$50.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$84.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$1,008.14**

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Filemon P. Perez**                                                Case No.      **13-36124-H5-13**

Chapter      **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $119,460.00 | | |
| B - Personal Property | Yes | 7 | $8,785.00 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $155,347.48 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $3,330.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | $17,303.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2,955.86 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $1,519.90 |
| | TOTAL | 33 | $128,245.00 | $175,981.01 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Filemon P. Perez**

Case No.  **13-36124-H5-13**

Chapter  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **$0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **$0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **$0.00** |
| Student Loan Obligations (from Schedule F) | **$0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **$0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **$0.00** |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **$2,955.86** |
| Average Expenses (from Schedule J, Line 18) | **$1,519.90** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | **$2,617.30** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **$26,126.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | **$3,330.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **$0.00** |
| 4.  Total from Schedule F | | **$17,303.53** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **$43,429.53** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Filemon P. Perez**                                                      Case No.   **13-36124-H5-13**
                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**35**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/14/2013**                                 Signature __**/s/ Filemon P. Perez**_____
                                                                                    **Filemon P. Perez**

Date _____                      Signature _____

                                                                       [If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._