B6I (Official Form 6I) (12/07)

In re **Filemon P. Perez**                                                                                   Case No.   **13-36124-H5-13**
                                                                                                                         (if known)

*AMENDED 2/17/2014*

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): spouse<br>son<br>daughter | Age(s): 40 years<br>13 years<br>12 years | Relationship(s): | Age(s): |
| **Employment:** | Debtor (# of additional employers: 1) | | Spouse | |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Sales Agent<br>Independent / Contract<br>Since 4/2013 | | Cook<br>B&G Food Enterprises of TX dba Taco Bell<br>Since 2006<br>c/o Netchex Payroll<br>PO Drawer 3608<br>Morgan City, LA 70381-3608 | |

| | | **DEBTOR** | **SPOUSE** |
|---|---|---:|---:|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $964.86 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$0.00** | **$964.86** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $27.32 |
| | b. Social Security Tax | $0.00 | $59.82 |
| | c. Medicare | $0.00 | $14.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (Specify) _____ | $0.00 | $0.00 |
| | h. Other (Specify) _____ | $0.00 | $0.00 |
| | i. Other (Specify) _____ | $0.00 | $0.00 |
| | j. Other (Specify) _____ | $0.00 | $0.00 |
| | k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$101.14** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$863.72** |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt) | $1,092.14 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify):<br>_____ | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
| | a. Las Mañanitas Mexican Restaurant | $1,600.00 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | **$2,692.14** | **$0.00** |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,692.14** | **$863.72** |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$3,555.86** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6I (Official Form 6I) (12/07)

In re  **Filemon P. Perez**                                              Case No.  __13-36124-H5-13__
                                                                                    (if known)

*AMENDED 2/17/2014*
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
*Continuation Sheet No. 1*

**Additional Employment**

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Server<br>Las Mañanitas Mexican Restaurant<br>Since 1/30/2014 | |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | | |

B6J (Official Form 6J) (12/07)

IN RE: **Filemon P. Perez**  Case No. __13-36124-H5-13__
(if known)

*AMENDED 2/17/2014*

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>  a. Are real estate taxes included?   ☑ Yes   ☐ No<br>  b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel<br>           b. Water and sewer<br>           c. Telephone<br>           d. Other: | $230.00<br>$55.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $20.00<br>$435.00<br>$130.00<br>$150.00<br><br>$320.00<br>$20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>           a. Homeowner's or renter's<br>           b. Life<br>           c. Health<br>           d. Auto<br>           e. Other: | <br><br><br><br>$155.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>           a. Auto:<br>           b. Other:<br>           c. Other:<br>           d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other: See attached personal expenses<br>17.b. Other: | <br><br>$84.00<br>$494.65 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$2,093.65** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>  a. Average monthly income from Line 15 of Schedule I<br>  b. Average monthly expenses from Line 18 above<br>  c. Monthly net income (a. minus b.) | <br>$3,555.86<br>$2,093.65<br>$1,462.21 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:   **Filemon P. Perez**　　　　　　　　　　　　　CASE NO   **13-36124-H5-13**

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER   **13**

*AMENDED 2/17/2014*
**EXHIBIT TO SCHEDULE J**

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Work lunches | $100.00 |
| Children's lunch money | $100.00 |
| Maintenance fees/Homeowners | $38.75 |
| Cellular phone | $149.08 |
| Internet | $30.00 |
| Toiletries, hygiene products | $50.00 |
| Gym | $26.82 |
| **Total >** | **$494.65** |

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:  **Filemon P. Perez**  CASE NO  **13-36124-H5-13**

CHAPTER  **13**

*AMENDED 2/17/2014*
**EXHIBIT TO SCHEDULE J - BUSINESS INCOME AND EXPENSES**

### Ind. Sales

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | |
|---|---:|
| 1. Gross Income for 12 Months Prior to Filing: | $0.00 |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---:|---:|
| 2. Gross Monthly Income: | | $1,092.14 |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---:|---:|
| 3. Net Employee Payroll (Other Than Debtor): | $0.00 | |
| 4. Payroll Taxes: | $0.00 | |
| 5. Unemployment Taxes: | $0.00 | |
| 6. Worker's Compensation: | $0.00 | |
| 7. Other Taxes: | $0.00 | |
| 8. Inventory Purchases (including raw materials): | $0.00 | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | $0.00 | |
| 10. Rent (other than debtor's principal residence): | $0.00 | |
| 11. Utilities: | $0.00 | |
| 12. Office Expenses and Supplies: | $4.00 | |
| 13. Repairs and Maintenance: | $0.00 | |
| 14. Vehicle Expenses: | $0.00 | |
| 15. Travel and Entertainment: | $0.00 | |
| 16. Equipment Rental and Leases: | $0.00 | |
| 17. Legal/Accounting/Other Professional Fees: | $30.00 | |
| 18. Insurance: | $0.00 | |
| 19. Employee Benefits (e.g., pension, medical, etc.): | $0.00 | |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | None | |
| 21. Other (Specify): | | |
|     S/E Tax | $50.00 | |
| 22. Total Monthly Expenses (Add items 3 - 21) | | $84.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): | | $1,008.14 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Filemon P. Perez**  Case No. **13-36124-H5-13**
(if known)

*AMENDED 2/17/2014*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **7** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **2/17/2014**  Signature **/s/ Filemon P. Perez**
**Filemon P. Perez**

Date _____  Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.