# UNITED STATES BANKRUPTCY COURT

Southern District of Texas, Houston Division

In re        Filemon Perez                                            Case Number        1336124

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 111l(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, L.P. | JPMorgan Chase Bank, National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC  29603-0826

Court Claim # (if known):     5
Amount of Claim:              $142,857.24
Date Claim Filed:             02/06/2014

Phone:
Last Four Digits of Acct #:   4400

Phone:       (800) 365-7107
Last Four Digits of Acct #:       1910

Name and Address where payments to transferee should be sent (if different from above):

Shellpoint Mortgage Servicing

Phone:       (800) 365-7107
Last Four Digits of Acct #:    1910

Same as above

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Carrie Dockter                           Date:   10/04/2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO BOX 10826<br>Greenville, SC  29603-0826 | Phone Number:    (800) 365-7107<br>Fax:              (866) 467-1137<br>Email:    mtgbk@shellpointmtg.com |

RE: Debtor 1     Filemon Perez
    Debtor 2

Case No:    1336124

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day,  10/4/2016.

Southern District of Texas, Houston Division
P.O. Box 61010
Houston, TX  77208


William Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway, Ste 590
Houston, TX  77024


Eloise A Guzman
8225 Gulf Freeway

Houston, TX  77017-




/s/ Carrie Dockter